**Set Aside and Remanded and Memorandum Opinion filed August 22, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00442-CV

**D. ANDREW KLEIN A/K/A DANIEL KLEIN A/K/A ANDREW KLEIN, INDIVIDUALLY, Appellant**

**V.**

**XL PARTS PARTNERSHIP, LTD. D/B/A XL PARTS COMPANY, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-45649**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 28, 2019. On August 7, 2019, the parties filed a joint motion to set aside the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we set aside the judgment signed February 28, 2019, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.